■ EUGENE J. DELLEA, Doing Business as HOUSE OF COIFFURES, Appel-

lant, v GLEN CHATEAU, INC., et al., Respondents.—In an action, *inter alia,* to require defendants to restrain a certain tenant from operating its business as a beauty parlor, plaintiff appeals from a judgment of the Supreme Court, Kings County, dated February 3, 1976, which, after a nonjury trial, is in favor of defendants. Judgment affirmed, without costs or disbursements. Plaintiff failed to establish his causes of action. Hopkins, Acting P. J., Latham, Damiani and Hawkins, JJ., concur.